# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>United States Postal Service ("USPS") Priority Mail Parcel, bearing tracking number "9505515058719302289981," addressed to "Steven Rector, 45 Wilson Ave #7, Vallejo, CA 94590" with a return address of "Douglas Shulte, 510 Splitlog Ave, Kansas City, KS 66101" that was mailed on October 29, 2019 from Kansas City, Missouri Post Office 64108 | )<br>)<br>)<br>)  Case No.   19-SW-00380-JTM<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Western_____ District of _____Missouri_____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before _____November 13, 2019_____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   Hon. John T. Maughmer, United States Magistrate Judge   .
*(United States Magistrate Judge)*

☑ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☑ for __30__ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   11/05/2019 1:09 pm                                                         /s/ *(signature)*
                                                                                                                    *Judge's signature*

City and state:   Kansas City, Missouri                                       Hon. John T. Maughmer, United States Magistrate Judge
                                                                                                                    *Printed name and title*

# Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 19-SW-00380-JTM | 11/5/19-1500 hours | USPIS |

Inventory made in the presence of: Harris/ Shade

Inventory of the property taken and name of any person(s) seized:

$3000 US Currency

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11/5/19

*Executing officer's signature*

Paul Shade- Postal Inspector
*Printed name and title*